UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:22-cv-01599-JWH-AFM                                    Date:  November 22, 2022

Title     Thomas Urbach v. Commissioner of Social Security

---

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

     Pursuant to the Order of October 5, 2022 (ECF No. 9), plaintiff was required to file a Proof of Service showing compliance with Paragraph 1 of the Order within thirty (30) days of the date of the Order, i.e., by November 4, 2022.  To date, the Proof of Service has not been filed.  Accordingly, no later than December 6, 2022, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and failure to follow Court orders.  Filing of the Proof of Service on or before December 6, 2022, shall be deemed compliance with this Order to Show Cause.

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |